# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Salim Abdu Gould**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00167-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| USA | ) | |
| Terrence W. Boyle | ) | |
| Louise Flanagan | ) | |
| Peter Moore Jr.**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2020 Order.

August 24, 2020

Frank G. Johns, Clerk
United States District Court